FILED

06/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0235

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0235

CLIFFORD OLD HORN,

> Petitioner,

v.

LYNN GUYER, Warden,
Montana State Prison,

> Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including July 3, 2020, within which to prepare, serve, and file his response.

**RB**

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 4 2020